## Commonwealth ex rel. Seeley, Appellant, *v.* Russell.

730

Submitted September 14, 1964. *Harold J. Seeley,* appellant, in propria persona; *Richard A. Devlin,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.